**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ROSITA S., <br><br> Plaintiff, <br><br> v. <br><br> COMMISSIONER OF SOCIAL SECURITY, <br><br> Defendant. | NO. CV 23-06937 JLS (KS) <br><br> ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Complaint, all of the records herein, the briefs filed by the parties, and the Report and Recommendation of United States Magistrate Judge ("Report"). No objections were filed. Having completed its review, the Court accepts the findings and recommendations set forth in the Report. Accordingly, IT IS ORDERED that the Commissioner's decision is AFFIRMED and Judgment shall be entered accordingly.

DATED: November 4, 2024

_____
JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE