JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ROSITA S.,** | )   **NO. CV 23-06937 JLS (KS)** |
|     **Plaintiff,** | ) |
|    **v.** | )   **JUDGMENT** |
| | ) |
| **COMMISSIONER OF SOCIAL** | ) |
| **SECURITY,** | ) |
|     **Defendant.** | ) |
| _____ | ) |

    Pursuant to the Court's Order Accepting Findings and Recommendations of United States Magistrate Judge, IT IS ADJUDGED that the decision of the Commissioner of Social Security is AFFIRMED.

DATED:  November 4, 2024

_____
JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE

1